UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

CASE NO.: 1:24-cv-00357-HG

MICHAEL FELLOWS and JASON ALVAREZ, on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

MADONNA LOUISE CICCONE, LIVE NATION WORLDWIDE, INC., LIVE NATION MTOURS (USA), INC. and BROOKLYN EVENTS CENTER, LLC,

        Defendants.

## NOTICE OF SETTLEMENT

Plaintiffs MICHAEL FELLOWS and JASON ALVAREZ, by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement and request until July 8, 2024, in which to file a Notice of Dismissal.

Dated:  June 7, 2024                        Respectfully submitted,

                                                  */s/ Marcus W. Corwin*
                                                  MARCUS W. CORWIN
                                                  FL Bar No. 764647
                                                  mcorwin@corwinlawfirm.com

                                                  MARCUS W. CORWIN, P.A.
                                                  6001 Broken Sound Parkway NW
                                                  Suite 404
                                                  Boca Raton, FL 33487
                                                  561.482.3636 – Telephone

                                                  and

2

RICHARD A. KLASS
RICHARD ALAN KLASS
16 Court Street
29th Floor
Brooklyn, NY 11241
718.653.6063 – Telephone
718.643.9788 – Facsimile

*Counsel for Plaintiffs Michael Fellows and Jason Alvarez*