UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

CASE NO.: 1:24-cv-00357-HG

MICHAEL FELLOWS and JASON ALVAREZ, on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

MADONNA LOUISE CICCONE, LIVE NATION WORLDWIDE, INC., LIVE NATION MTOURS (USA), INC. and BROOKLYN EVENTS CENTER, LLC,

        Defendants.

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, Michael Fellows and Jason Alvarez, pursuant to Rule 41(a)(1)(A)(i), hereby give notice of the voluntary dismissal of this action with prejudice, with each party to bear its own fees and costs. Because this matter is being dismissed on an individual basis *before* Plaintiffs filed a Motion seeking class certification, neither Court approval nor notice to the Class is required.

Dated: June 19, 2024        Respectfully submitted,

        */s/ Marcus W. Corwin*
        MARCUS W. CORWIN
        FL Bar No.
        mcorwin@corwinlawfirm.com

        **MARCUS W. CORWIN, P.A.**
        6001 Broken Sound Parkway NW
        Suite 404
        Boca Raton, FL 33487
        561.482.3636 – Telephone
        561.482.5414 – Facsimile

and

RICHARD A. KLASS
**RICHARD ALAN KLASS**
16 Court Street
29th Floor
Brooklyn, NY 11241
718.653.6063 – Telephone
718.643.9788 – Facsimile

*Counsel for Plaintiffs Michael Fellows and Jason Alvarez*